B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ag Energy Resources, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3888175** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**10163 Sugar Creek Road**<br>**Benton, IL**                 ZIP Code **62812** | Street Address of Joint Debtor (No. and Street, City, and State):                 ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 190**<br>**Benton, IL**                 ZIP Code **62812** | Mailing Address of Joint Debtor (if different from street address):                 ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,        ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(4/10)**                                                                **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Ag Energy Resources, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)         (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Ag Energy Resources, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Keith D. Price**
Signature of Attorney for Debtor(s)

**Keith D. Price ARN 4099**
Printed Name of Attorney for Debtor(s)

**Sandberg Phoenix**
Firm Name

**One City Centre, 15th Floor**
**St. Louis, MO 63101**

_____
Address

**314-231-3332  Fax: 314-241-7604**
Telephone Number

**September 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Kearney**
Signature of Authorized Individual

**Michael Kearney**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**September 23, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Ag Energy Resources, Inc.**                 Case No. _____

                                              Debtor(s)           Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ace USA**<br>**Dept CH 14089**<br>**Palatine, IL 60055-4089** | **Ace USA**<br>**Dept CH 14089**<br>**Palatine, IL 60055-4089** | **Trade debt** | | **14,575.00** |
| **Benton Water Dept**<br>**500 W Main St**<br>**Benton, IL 62812** | **Benton Water Dept**<br>**500 W Main St**<br>**Benton, IL 62812** | **Trade debt** | | **14,859.38** |
| **Brubaker, Nathan**<br>**1384 N Log Cabin Lane**<br>**Ina, IL 62846** | **Brubaker, Nathan**<br>**1384 N Log Cabin Lane**<br>**Ina, IL 62846** | **Trade debt** | | **18,312.80** |
| **Carpenters District Council**<br>**1419 Hampton Ave**<br>**Saint Louis, MO 63139** | **Carpenters District Council**<br>**1419 Hampton Ave**<br>**Saint Louis, MO 63139** | **Trade debt** | | **12,731.38** |
| **CCS Oil Field Construction, LLC**<br>**PO Box 456**<br>**Rt 34**<br>**Benton, IL 62812** | **CCS Oil Field Construction, LLC**<br>**PO Box 456**<br>**Rt 34**<br>**Benton, IL 62812** | **Trade debt** | | **32,140.00** |
| **Foxboro/Invensys Systems**<br>**14526 Collections Center Dr**<br>**Chicago, IL 60693** | **Foxboro/Invensys Systems**<br>**14526 Collections Center Dr**<br>**Chicago, IL 60693** | **Trade debt** | | **90,395.82** |
| **Global Recovery**<br>**7805 Hudson Road**<br>**Suite 100**<br>**Woodbury, MN 55125** | **Global Recovery**<br>**7805 Hudson Road**<br>**Suite 100**<br>**Woodbury, MN 55125** | | | **76,985.32** |
| **Gusmer Enterprises, Inc.**<br>**1165 Globe Ave**<br>**Mountainside, NJ 07092** | **Gusmer Enterprises, Inc.**<br>**1165 Globe Ave**<br>**Mountainside, NJ 07092** | **Trade debt** | | **26,757.57** |
| **Internal Revenue Service**<br>**Cincinnati, OH 45999** | **Internal Revenue Service**<br>**Cincinnati, OH 45999** | **944 Taxes** | | **95,520.60** |
| **Internal Revenue Service**<br>**Cincinnati, OH 45999** | **Internal Revenue Service**<br>**Cincinnati, OH 45999** | **944 Taxes** | | **42,237.65** |
| **Jayma McGovern**<br>**123 South 10th Street, Suite 601**<br>**Mount Vernon, IL 62864** | **Jayma McGovern**<br>**123 South 10th Street, Suite 601**<br>**Mount Vernon, IL 62864** | **Trade debt - professional services** | | **72,500.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Ag Energy Resources, Inc.**       Case No. _____

       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kirby Risk**<br>**PO Box 664117**<br>**Indianapolis, IN 46266-4117** | **Kirby Risk**<br>**PO Box 664117**<br>**Indianapolis, IN 46266-4117** | **Trade debt** | | **80,776.25** |
| **Robert E. Bruce, C.P.A., Ltd.**<br>**2207 W Broadway**<br>**PO Box 1765**<br>**Mount Vernon, IL 62864** | **Robert E. Bruce, C.P.A., Ltd.**<br>**2207 W Broadway**<br>**PO Box 1765**<br>**Mount Vernon, IL 62864** | **Trade debt** | | **31,350.00** |
| **Roberta Tabor-Kearney**<br>**PO Box 190**<br>**Benton, IL 62812** | **Roberta Tabor-Kearney**<br>**PO Box 190**<br>**Benton, IL 62812** | **Trade debt** | | **20,134.20** |
| **Southeastern Electric**<br>**PO Box 371**<br>**Eldorado, IL 62930** | **Southeastern Electric**<br>**PO Box 371**<br>**Eldorado, IL 62930** | **Trade debt** | | **54,885.21** |
| **Summers Crane**<br>**8939 Bennett Rd**<br>**Benton, IL 62812** | **Summers Crane**<br>**8939 Bennett Rd**<br>**Benton, IL 62812** | **Trade debt** | | **17,610.00** |
| **Tim Keller**<br>**300 N Monroe**<br>**Marion, IL 62959** | **Tim Keller**<br>**300 N Monroe**<br>**Marion, IL 62959** | **Trade debt** | | **21,702.82** |
| **Tylex, Inc.**<br>**PO Box 8285**<br>**229 S Bonner** | **Tylex, Inc.**<br>**PO Box 8285**<br>**229 S Bonner** | | | **72,618.60** |
| **West Cal Commodities**<br>**6 Corte Vizcaya**<br>**San Clemente, CA 92673** | **West Cal Commodities**<br>**6 Corte Vizcaya**<br>**San Clemente, CA 92673** | **Trade debt** | | **31,183.23** |
| **Zimmerman Farms**<br>**16051 Log Cabin Rd**<br>**Ewing, IL 62836** | **Zimmerman Farms**<br>**16051 Log Cabin Rd**<br>**Ewing, IL 62836** | **Trade debt** | | **25,413.21** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 23, 2010** _____     Signature   **/s/ Michael Kearney** _____

                                                     **Michael Kearney**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Ag Energy Resources, Inc.**                                    ,    Case No. _____
                                                    Debtor

                                                        Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,876,000.00 | | |
| B - Personal Property | Yes | 3 | 9,257,914.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 8,567,049.68 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 175,212.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 908,744.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 14,133,914.00 | | |
| Total Liabilities | | | | 9,651,006.23 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Illinois

In re     **Ag Energy Resources, Inc.** _____ ,     Case No. _____

                                                                   Debtor

                                                                                Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Ag Energy Resources, Inc.**                                                    ,          Case No. _____

                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10163 Sugar Creek Road Benton, IL 62812 (described as Lots 2 and 3 in Airport Industrial park Subdivision)** | | - | **4,756,000.00** | **7,201,229.80** |
| **40 Acre Benton Township** | | - | **120,000.00** | **1,365,819.88** |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,876,000.00** | (Total of this page) |
| Total > | **4,876,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Ag Energy Resources, Inc.**                                      ,      Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **State Bank Whittington - operating account** | - | 200.00 |
| | | **State Bank of Whittington - grant account** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                    200.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Ag Energy Resources, Inc.** ,   Case No. _____
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                    Sub-Total >        **0.00**
                                              (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ag Energy Resources, Inc.**                                              ,    Case No. _____
                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture, fixtures and equipment** | - | 440,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Plant Equipment** | - | 7,504,000.00 |
| | | **Small Tools** | - | 13,714.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Ag Energy Resources, Inc. v. Wiggs Excavating - for damage to plant:  Case no 2010-L-11, Franklin County, Illinois** | - | 1,300,000.00 |

|  | Sub-Total > | 9,257,714.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 9,257,914.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Ag Energy Resources, Inc.**                                          ,          Case No. _____
                                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> **City of Benton 500 West Main Street Benton, IL 62812** | X | - | | **Fourth Mortgage** <br><br> **10163 Sugar Creek Road Benton, IL 62812 (described as Lots 2 and 3 in Airport Industrial park Subdivision)** | | | | | |
| | | | | Value $              4,756,000.00 | | | | 393,796.92 | 0.00 |
| Account No. <br><br> **People's National Bank PO Box 887 Mount Vernon, IL 62864** | | - | | **Mortgage** <br><br> **40 Acre Benton Township** | | | | | |
| | | | | Value $              120,000.00 | | | | 1,365,819.88 | 0.00 |
| Account No. <br><br> **People's National Bank PO Box 887 Mount Vernon, IL 62864** | X | - | | **First Mortgage and security interest in plant machinery and equipment** <br><br> **10163 Sugar Creek Road Benton, IL 62812 (described as Lots 2 and 3 in Airport Industrial park Subdivision)** | | | | | |
| | | | | Value $              4,756,000.00 | | | | 4,629,213.00 | 0.00 |
| Account No. <br><br> **People's National Bank PO Box 887 Mount Vernon, IL 62864** | X | - | | **Second Mortgage** <br><br> **10163 Sugar Creek Road Benton, IL 62812 (described as Lots 2 and 3 in Airport Industrial park Subdivision)** | | | | | |
| | | | | Value $              4,756,000.00 | | | | 1,365,819.88 | 0.00 |

___1___  continuation sheets attached

Subtotal
(Total of this page)

| 7,754,649.68 | 0.00 |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Ag Energy Resources, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | June 21, 2000 | | | | | |
| | | | Third Mortgage on Parcel 2 | | | | | |
| **Robert and Mary Bella Kearney** **11540 Island Point Lane** **Benton, IL 62812** | - | | 10163 Sugar Creek Road Benton, IL 62812 (described as Lots 2 and 3 in Airport Industrial park Subdivision) | | | X | | |
| | | | Value $              4,756,000.00 | | | | 812,400.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        812,400.00        0.00

Total
(Report on Summary of Schedules)        8,567,049.68        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re  **Ag Energy Resources, Inc.**                                                ,    Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___3___  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Ag Energy Resources, Inc.**  
                                                    Debtor                                          ,     Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **20-3888175**<br><br>**Illinois Income Tax**<br>**P.O. Box 19016**<br>**Springfield, IL 62794-9016** | - | | **2010**<br><br>**IL-Income Tax** | | | | 3,247.73 | 0.00 | 3,247.73 |
| Account No. **20-3888175**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | - | | **12/31/08**<br><br>**940 Taxes** | | | | 1,800.94 | 0.00 | 1,800.94 |
| Account No. **20-3888175**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | - | | **12/31/08**<br><br>**944 Taxes** | | | | 42,237.65 | 0.00 | 42,237.65 |
| Account No. **20-3888175**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | - | | **12/31/09**<br><br>**940 Taxes** | | | | 1,938.84 | 0.00 | 1,938.84 |
| Account No. **20-3888175**<br><br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | - | | **12/31/09**<br><br>**944 Taxes** | | | | 95,520.60 | 0.00 | 95,520.60 |

Sheet  **1**   of   **3**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 144,745.76 | 144,745.76 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Ag Energy Resources, Inc.**                                    ,    Case No. _____

_____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **20-3888175** **Internal Revenue Service** Cincinnati, OH 45999 | - | | | **2010** **Federal Withholding** | | | | 9,128.00 | 0.00 | 9,128.00 |
| Account No. **20-3888175** **Internal Revenue Service** Cincinnati, OH 45999 | - | | | **2010** **Medicare Employee** | | | | 1,810.64 | 0.00 | 1,810.64 |
| Account No. **20-3888175** **Internal Revenue Service** Cincinnati, OH 45999 | - | | | **2010** **Social Security Employee** | | | | 7,742.01 | 0.00 | 7,742.01 |
| Account No. **20-3888175** **Internal Revenue Service** Cincinnati, OH 45999 | - | | | **2010** **Federal Unemployment** | | | | 2,232.99 | 0.00 | 2,232.99 |
| Account No. **20-3888175** **Internal Revenue Service** Cincinnati, OH 45999 | - | | | **2010** **Medicare Company** | | | | 1,810.64 | 0.00 | 1,810.64 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    | 22,724.28 | 0.00 22,724.28 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Ag Energy Resources, Inc.**                                    Case No. _____
                                                    ,
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **20-3888175** <br><br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | - | | | **2010** <br><br> **Social Security Company** | | | | 7,742.10 | 0.00 <br><br> 7,742.10 | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 7,742.10 | 7,742.10 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 175,212.14 | 175,212.14 |

B6F (Official Form 6F) (12/07)

In re  **Ag Energy Resources, Inc.**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Ace Hardware 11230 State Hwy 37 N Benton, IL 62812 | - | | | | | | | | 4,487.83 |
| Account No. | | | | | Trade debt | | | | |
| Ace USA Dept CH 14089 Palatine, IL 60055-4089 | | | | | | | | | 14,575.00 |
| Account No. | | | | | Trade debt | | | | |
| AICCO, Inc. Box 9045 New York, NY 10087 | - | | | | | | | | 565.92 |
| Account No. | | | | | Trade debt | | | | |
| Airgas PO Box 802615 Chicago, IL 60680-2615 | - | | | | | | | | 5,030.23 |

__18__  continuation sheets attached

Subtotal
(Total of this page)                                    24,658.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ag Energy Resources, Inc.**                                   ,          Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Alvey Laboratories** 1511 E Main St Belleville, IL 62221 | | - | | | | | | | |
| | | | | | | | | | 75.00 |
| Account No. | | | | | Trade debt | | | | |
| **AmerenCIPS** 2105 E State Rt 104 Pawnee, IL 62558 | | - | | | | | | | |
| | | | | | | | | | 1,162.68 |
| Account No. | | | | | legal services | | | | |
| **Antonik Law Offices** 3405 Broadway PO Box 594 Mount Vernon, IL 62864 | | - | | | | | | | |
| | | | | | | | | | 7,490.22 |
| Account No. | | | | | | | | | |
| **Bearing Headquarters Co** #10 Fountain Place Mount Vernon, IL 62864 | | - | | | | | | | |
| | | | | | | | | | 76.07 |
| Account No. | | | | | Trade debt | | | | |
| **Benji Odom** 9945 Sam Pyle Bridge Rd Benton, IL 62812 | | - | | | | | | | |
| | | | | | | | | | 2,024.52 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,828.49

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ag Energy Resources, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Benton Water Dept 500 W Main St Benton, IL 62812 | - | | | | | | | 14,859.38 |
| Account No. | | | | Trade debt | | | | |
| Brad Odom 11093 Moses Dr Benton, IL 62812 | - | | | | | | | 5,284.27 |
| Account No. | | | | Trade debt | | | | |
| Brubaker, Nathan 1384 N Log Cabin Lane Ina, IL 62846 | - | | | | | | | 18,312.80 |
| Account No. | | | | Trade debt | | | | |
| Bumper to Bumper PO Box 7239 Paducah, KY 42002-7239 | - | | | | | | | 1,252.37 |
| Account No. | | | | | | | | |
| Bureau of Weights and Measures 801 E. Sangomonave Ave. P.O. Box 19281 Springfield, IL 62702 | - | | | | | | | 400.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,108.82

B6F (Official Form 6F) (12/07) - Cont.

In re **Ag Energy Resources, Inc.**                                    ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Burkholder, David** **12051 Cyril James Rd** **Benton, IL 62812** | | - | | | | | | | 862.78 |
| Account No. | | | | | Trade debt | | | | |
| **Capitol Group** **1404 Morgan Ave** **Marion, IL 62959** | | - | | | | | | | 7,665.55 |
| Account No. | | | | | Trade debt | | | | |
| **Carpenters District Council** **1419 Hampton Ave** **Saint Louis, MO 63139** | | - | | | | | | | 12,731.38 |
| Account No. | | | | | Trade debt | | | | |
| **Carterville Dental Center** **500 E Plaza Dr #1** **Carterville, IL 62918** | | - | | | | | | | 600.00 |
| Account No. | | | | | Trade debt | | | | |
| **CCS Oil Field Construction, LLC** **PO Box 456** **Rt 34** **Benton, IL 62812** | | - | | | | | | | 32,140.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     53,999.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Ag Energy Resources, Inc.**                                        Case No. _____
                            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| CDW Direct, LLC PO Box 75723 Chicago, IL 60675-5723 | - | | | | | | | | 1,628.09 |
| Account No. | | | | | Trade debt | | | | |
| Center Ethanol Company, LLC 231 Monsanto Ave East Saint Louis, IL 62201 | - | | | | | | | | 143.69 |
| Account No. | | | | | Trade debt | | | | |
| Christy Catalytics LLC 4641 McRee Ave Saint Louis, MO 63110 | - | | | | | | | | 1,179.00 |
| Account No. | | | | | Trade debt | | | | |
| Cima Electrical PO Box 69 Benton, IL 62812 | - | | | | | | | | 10,866.92 |
| Account No. | | | | | Trade debt | | | | |
| Clean Fuels Clearinghouse 5190 Neil Rd Ste 430 Reno, NV 89502 | - | | | | | | | | 1,000.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,817.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ag Energy Resources, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Coy Brothers Trucking** **R.R. #2** **Dahlgren, IL 62828** | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| **Coyle Supply, Inc.** **3721 Hwy 162** **Granite City, IL 62040** | - | | | | | | | 2,490.55 |
| Account No. | | | | Trade debt | | | | |
| **Crown Paint Company** **1801 W Sheridan** **Oklahoma City, OK 73106** | - | | | | | | | 329.84 |
| Account No. | | | | Trade debt | | | | |
| **Emedco** **PO Box 369** **Buffalo, NY 14240** | - | | | | | | | 344.01 |
| Account No. | | | | Trade debt | | | | |
| **Eugene Stamme** **616 E 5th St** **Metropolis, IL 62960** | - | | | | | | | 2,595.00 |

Sheet no. __5___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,259.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ag Energy Resources, Inc.** _____,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fastenal**<br>**PO Box 978**<br>**Winona, MN 55987** | | - | Trade debt | | | | 751.37 |
| Account No. **006312**<br><br>**Fisher Scientific**<br>**13551**<br>**Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | | | 1,797.98 |
| Account No.<br><br>**Flowers Truck Service**<br>**1222 N 14th St**<br>**Murphysboro, IL 62966** | | - | Trade debt | | | | 580.36 |
| Account No.<br><br>**FMS INC**<br>**PO Box 707600**<br>**Tulsa, OK 74170-7600** | | - | Trade debt | | | | 2,766.79 |
| Account No.<br><br>**Foxboro/Invensys Systems**<br>**14526 Collections Center Dr**<br>**Chicago, IL 60693** | | - | Trade debt | | | | 90,395.82 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,292.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ag Energy Resources, Inc.**                              ,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Freesen, Inc** <br> **PO Box 13420** <br> **Springfield, IL 62791** | | - | Trade debt | | | | 6,040.00 |
| Account No. **4289-00** <br><br> **G.S. Robins & Co.** <br> **126 Chouteau Ave** <br> **Springfield, MO 65804** | | - | Trade debt | | | | 1,179.31 |
| Account No. <br><br> **Gateway FS, Inc.** <br> **PO Box 100** <br> **2210 E Pine St** <br> **Red Bud, IL 62278-0100** | | - | Trade debt | | | | 3,854.24 |
| Account No. <br><br> **Gesell's** <br> **P.O. Box 34** <br> **Whittington, IL 62897** | | - | | | | | 351.46 |
| Account No. <br><br> **GLG Consulting** <br> **2435 Falcon Ln** <br> **Belleville, IL 62221** | | - | Trade debt | | | | 5,643.95 |

Sheet no. __7__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,068.96

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ag Energy Resources, Inc.**                                    ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Global Recovery**<br>**7805 Hudson Road**<br>**Suite 100**<br>**Woodbury, MN 55125** | - | | | | | | 76,985.32 |
| Account No.<br><br>**Gooding Rubber Company**<br>**Dept CH**<br>**19144**<br>**Palatine, IL 60055-9144** | - | | | | | | 954.63 |
| Account No.<br><br>**GRP**<br>**PO Box 4510**<br>**Evansville, IN 47724** | - | | Trade debt | | | | 1,275.80 |
| Account No.<br><br>**Gusmer Enterprises, Inc.**<br>**1165 Globe Ave**<br>**Mountainside, NJ 07092** | - | | Trade debt | | | | 26,757.57 |
| Account No.<br><br>**Hess Portable Toilets**<br>**PO Box 273**<br>**Cambria, IL 62915** | - | | Trade debt | | | | 495.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          106,468.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ag Energy Resources, Inc.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ICC, Inc.<br>707 N 2nd St<br>Ste 520<br>Saint Louis, MO 63102 | - | | Trade debt | | | | 8,800.00 |
| Account No.<br><br>Illinois EPA<br>1021 N Grand Ave E<br>Springfield, IL 62794-9276 | - | | Trade debt | | | | 516.43 |
| Account No.<br><br>IMCO Utility Supply<br>PO Box 13140<br>Springfield, IL 62791 | - | | Trade debt | | | | 2,199.68 |
| Account No.<br><br>Jayma McGovern<br>123 South 10th Street, Suite 601<br>Mount Vernon, IL 62864 | - | | Trade debt - professional services | | | | 72,500.00 |
| Account No.<br><br>Jim's Mobile Office<br>12882 Rt 37<br>PO Box 547<br>Marion, IL 62959 | - | | Trade debt | | | | 2,337.52 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          86,353.63

B6F (Official Form 6F) (12/07) - Cont.

In re __Ag Energy Resources, Inc.__ ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Trade debt | | | | |
| JM Science Inc PO Box 250 355 Lang Blvd Grand Island, NY 14072-0250 | | | | | | | | | 332.22 |
| Account No. | | | - | | Trade debt | | | | |
| K-Tron PO Box 888 Pitman, NJ 08071-0888 | | | | | | | | | 1,234.00 |
| Account No. | | | - | | Trade debt | | | | |
| Kirby Risk PO Box 664117 Indianapolis, IN 46266-4117 | | | | | | | | | 80,776.25 |
| Account No. 18221 | | | - | | Trade debt | | | | |
| Klemm Tank Lines PO Box 11708 Green Bay, WI 54307-1708 | | | | | | | | | 1,792.47 |
| Account No. 66276-01 | | | - | | Trade debt | | | | |
| Lallemand Ethanol Technology 6120 W Douglas Ave Milwaukee, WI 53278 | | | | | | | | | 9,161.73 |

Sheet no. __10__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    93,296.67

B6F (Official Form 6F) (12/07) - Cont.

In re __Ag Energy Resources, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Scientific Inc** <br> **4616 Kimmel Dr** <br> **Davenport, IA 52802** | | - | Trade debt | | | | 2,584.39 |
| Account No. **23304** <br><br> **Midwest Laboratories** <br> **13611 B St** <br> **Omaha, NE 68144-3693** | | - | Trade debt | | | | 670.03 |
| Account No. <br><br> **Midwest Waste** <br> **716 Skyline Dr** <br> **Marion, IL 62959** | | - | Trade debt | | | | 1,330.35 |
| Account No. <br><br> **Motion Industries** <br> **PO Box 932** <br> **Mount Vernon, IL 62864** | | - | Trade debt | | | | 1,877.72 |
| Account No. <br><br> **Neff Power** <br> **6516 Page Ave** <br> **Saint Louis, MO 63133** | | - | Trade debt | | | | 8,881.81 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     15,344.30

B6F (Official Form 6F) (12/07) - Cont.

In re **Ag Energy Resources, Inc.**                               , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Newman Welding 327 N Commercial Benton, IL 62812 | | - | | | | | 1,354.64 |
| Account No. | | | Trade debt | | | | |
| PHT Inc. PO Box 1356 Carbondale, IL 62903 | | - | | | | | 11,000.00 |
| Account No. | | | Trade debt | | | | |
| Praxair Distribution Dept CH 10660 Palatine, IL 60055-0660 | | - | | | | | 3,710.47 |
| Account No. | | | Trade debt | | | | |
| Printers, Inc. 333 S Main Benton, IL 62812 | | - | | | | | 410.73 |
| Account No. | | | Trade debt | | | | |
| Rhode & Jackson, P.C. 1405 W Main PO Box 99 Carbondale, IL 62901 | | - | | | | | 3,571.45 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,047.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ag Energy Resources, Inc.**                                    ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Robert E. Bruce, C.P.A., Ltd. 2207 W Broadway PO Box 1765 Mount Vernon, IL 62864 | - | | | | | | | 31,350.00 |
| Account No. | | | | | | | | |
| Robert Kearney 11540 Island Point Lane Benton, IL 62812 | - | | | | | | | 4,000.00 |
| Account No. | | | | | | | | |
| Robert Page PO Box 123 17158 Morgan St | - | | | | | | | 253.18 |
| Account No. | | | | Trade debt | | | | |
| Roberta Tabor-Kearney PO Box 190 Benton, IL 62812 | - | | | | | | | 20,134.20 |
| Account No. | | | | Trade debt | | | | |
| Rock River Laboratory, Inc. PO Box 169 Watertown, WI 53094 | - | | | | | | | 215.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                55,952.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ag Energy Resources, Inc.**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rockford Mutual Insurance**<br>**PO Box 5626**<br>**Rockford, IL 61125-0626** | | - | Trade debt | | | | 374.00 |
| Account No. <br><br>**Royal Brass & Hose**<br>**PO Box 51468**<br>**Knoxville, TN 37950-1468** | | - | Trade debt | | | | 620.53 |
| Account No. **336** <br><br>**Seasons at Rend Lake**<br>**PO Box 100**<br>**12575 Golf Course Rd**<br>**Whittington, IL 62897** | | - | Trade debt | | | | 500.00 |
| Account No. <br><br>**Seedburo Equipment Company**<br>**2293 S Mt Prospect Rd**<br>**Des Plaines, IL 60018** | | - | Trade debt | | | | 419.57 |
| Account No. <br><br>**SEMO Milling, LLC**<br>**PO Box 1869**<br>**Cape Girardeau, MO 63702** | | - | Trade debt | | | | 5,986.72 |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,900.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ag Energy Resources, Inc.** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Southeastern Electric PO Box 371 Eldorado, IL 62930 | | - | | | | | | 54,885.21 |
| Account No. | | | | Trade debt | | | | |
| Southern Illinois Motor Xpress PO Box 430 Ava, IL 62907 | | - | | | | | | 769.39 |
| Account No. | | | | Trade debt | | | | |
| Structural Steel Services 12772 State Rt 13 Coulterville, IL 62237 | | - | | | | | | 3,622.50 |
| Account No. | | | | Trade debt | | | | |
| Summers Crane 8939 Bennett Rd Benton, IL 62812 | | - | | | | | | 17,610.00 |
| Account No. | | | | | | | | |
| Tabor Pest Services 1251 Route 14 West Benton, IL 62812 | | - | | | | | | 100.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    76,987.10

B6F (Official Form 6F) (12/07) - Cont.

In re __**Ag Energy Resources, Inc.**_____ ,    Case No. _____

　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Thomas Sturm R.R. #5 Box 848 Mc Leansboro, IL 62859 | | | | | | | | 8,200.00 |
| Account No. | | - | | Trade debt | | | | |
| Three B Electric 201 S Marshall St Mc Leansboro, IL 62859 | | | | | | | | 1,404.53 |
| Account No. | | - | | Trade debt | | | | |
| Tim Keller 300 N Monroe Marion, IL 62959 | | | | | | | | 21,702.82 |
| Account No. | | - | | | | | | |
| True Value 1522 North Main Street Benton, IL 62812 | | | | | | | | 917.61 |
| Account No. | | - | | | | | | |
| Tylex, Inc. PO Box 8285 229 S Bonner | | | | | | | | 72,618.60 |

Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,843.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Ag Energy Resources, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **United Rentals** **Location #A38** **3237 Park Ave** **Paducah, KY 42001** | - | | | | | | 6,847.46 |
| Account No. | | | Trade debt | | | | |
| **Vanden Berg Technologies** **11400 W Front St** **Mokena, IL 60448** | - | | | | | | 5,625.00 |
| Account No. | | | | | | | |
| **Vortex Ventures** **3433 North Sam Houston Parkway W** **Suite 408** **Houston, TX 77086** | - | | | | | | 400.00 |
| Account No. | | | | | | | |
| **Weaver, Leonard** **Prairie Hill Farm** **14364 Webb Hill** | - | | | | | | 7,737.61 |
| Account No. | | | Trade debt | | | | |
| **West Cal Commodities** **6 Corte Vizcaya** **San Clemente, CA 92673** | - | | | | | | 31,183.23 |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **51,793.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ag Energy Resources, Inc.**                                          ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Wills Distributing** **12306 State Hwy 37** **Benton, IL 62812** | - | | | | | | | 309.45 |
| Account No. | | | | Trade debt | | | | |
| **Zimmerman Farms** **16051 Log Cabin Rd** **Ewing, IL 62836** | - | | | | | | | 25,413.21 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 25,722.66 |
| Total (Report on Summary of Schedules) | | 908,744.41 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re    **Ag Energy Resources, Inc.** ,                                    Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Ag Energy Resources, Inc.**                                                            ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **People's National Bank**<br>**PO Box 887**<br>**Mount Vernon, IL 62864** |
| **Michael Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **People's National Bank**<br>**PO Box 887**<br>**Mount Vernon, IL 62864** |
| **Michael Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **City of Benton**<br>**500 West Main Street**<br>**Benton, IL 62812** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **People's National Bank**<br>**PO Box 887**<br>**Mount Vernon, IL 62864** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **People's National Bank**<br>**PO Box 887**<br>**Mount Vernon, IL 62864** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **City of Benton**<br>**500 West Main Street**<br>**Benton, IL 62812** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

9/23/10  2:37PM

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Ag Energy Resources, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **33**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 23, 2010**

Signature    **/s/ Michael Kearney**

**Michael Kearney**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Ag Energy Resources, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐    business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$5,000.00** | **2008:  grant income** |
| **$144,965.00** | **2009: Sale of Ethanol and other products** |
| **$930,104.00** | **2010 YTD** |

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$119,419.00** | **2009: Grant ($14,000) and Insurance Recovery/bond ($105,419)** |
| **$5,000.00** | **2008: Southern Illinois Entrepreneurship Center Grant** |

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Amy Hicks**<br><br>**daughter/stepdaughter** | **payroll (twice monthly from 02/10 - 05/10) - $9,080.40 reimbursement for expenses - $619.57** | **$9,699.97** | **$0.00** |
| **Jason Morris** | **payroll (approximately twice monthly) - $14,477.94 reimbursement for expenses - $4,870.15** | **$14,477.94** | **$0.00** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **payroll twice monthly 1/29/10 to 5/21/10 in amount of $2308.75** | **$20,778.75** | **$0.00** |
| **Michael Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **payroll twice monthly 1/29/10 to 5/21/10 in the amount of $2308.75** | **$20,778.75** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **6-25-10 :  1099 Wages** | **$2,500.00** | **$0.00** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **9-13-10:  1099 Wages** | **$2,100.00** | **$0.00** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **7-2-10:  1099 Wages** | **$500.00** | **$0.00** |
| **Roberta Tabor-Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **Misc. dates -**<br>**reimbursement of**<br>**expenses** | **$11,791.49** | **$0.00** |
| **Michael Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **Misc dates - reimbursement**<br>**of expenses** | **$1,760.72** | **$0.00** |
| **Michael Kearney**<br>**404 West Reed Street**<br>**Benton, IL 62812** | **7-9-10:  1099 wages** | **$1,250.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Southern FS, Inc. v. Ag Energy Resources, Inc and Michael G. Kearney; Case No. 09-SC-404** | **Civil  - suit on account** | **Circuit Court of Franklin County, Illinois** | **Judgment entered and subsequently satisfied** |
| **Carpenters' District Council of Greater St. Louis v. Ag Energy Resources, Inc.; Case no 09-CV-1152 AGF** | **Civil** | **United States District Court, Easetern District of Missouri** | **Judgment** |
| **NECA-IBEW Welfare Trust Fund v. Ag Energy Resources, Inc.: Case no 09-2238** | **Civil** | **United States District Court, Central District of Illinois** | **Dismissed without prejudice** |
| **Illinois Meter Inc d/b/a IMCO Utility Supply v. Ag Energy Resources, Inc.; Case No. 2009-SC-4862** | **Civil** | **Sangamon County, Illinois** | **Judgment** |
| **Peoples National Bank, N.A. v. Ag Energy Resources, Inc.; Michael G. Kearney; Roberta S. Tabor-Kearney; Kearney Fertilizer, Inc.; Bob Kearney; Mary Bella Kearney; MBM Helicopter Service, Inc.; City of Benton, Illinois; Unknown Owners and Nonrecord Claimants; Case No. 2010-CH-8** | **Civil - foreclosure** | **Second Judicial Circuit Franklin County, IL** | **Filed** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Robert Eggmann, Lathrop & Gage Lathrop& Gage, L.C. 7701 Forsyth Blvd., Suite 400 Saint Louis, MO 63105** | **02/17/2010** | **$25,000 retainer - $15,000 returned to Debtor** |

9/23/10  2:37PM

5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sandberg Phoenix<br>600 Washington Avenue<br>St. Louis, MO 63101** | **Sept. 23, 2010; received $13,961 from refund of Debtor's prior retainer at Lathrop & Gage and $11,039 to be received from Robert Kearney, father of Michael Kearney** | **$25,000** |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Aschemann Keller, LLC** | **1-26-10** | **$30,000 retainer for legal services (People's National Bank v. Michael G. Kearney, et al)** |
| **Attorney** | | |
| **????** | | **sale of excess equipment** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **People's National Bank<br>PO Box 887<br>Mount Vernon, IL 62864** | **Checking** | |

---

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Josh Lueker<br>3686 Logan Rd.<br>West Frankfort, IL 62896 | 8/15/08 - 2/27/09 |
| Amy Hicks<br>24153 Kearney Rd.<br>Mc Leansboro, IL 62859 | 8/15/08 - 5/21/10 |
| Kerrie Smith<br>1130 W Washington<br>Benton, IL 62812 | 8/15/08 - 7/30/10 |
| Jayma McGovern<br>123 S 10th St<br>Mount Vernon, IL 62864 | 4/13/09 - Present |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Roberta Kearney**<br>**404 W Reed St**<br>**Benton, IL 62812** | **2005 - Present** |
| **Robert Bruce, CPA**<br>**2207 W Broadway**<br>**Mount Vernon, IL 62864** | **2005 - Present** |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐   of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Robert Bruce, CPA** | **2207 W Broadway**<br>**Mount Vernon, IL 62864** | **Start of Company - Present** |

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■   of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **USDA**<br>**221 Withers Drive**<br>**Mount Vernon, IL 62864** | **July 2007 provided by People's National Bank** |
| **DCEO**<br>**620 East Adams Street**<br>**Springfield, IL 62701** | **August 2006 provided by City of Benton** |
| **City of Benton** | **August 2006** |
| **People's National Bank**<br>**P.O. Box 887**<br>**Mount Vernon, IL 62864** | **July 2007 and June 2010** |

---

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Kearney**<br>**404 W Reed St**<br>**Benton, IL 62812** | **President and Director** | **49.6%** |
| **Roberta Tabor-Kearney**<br>**404 W Reed St**<br>**Benton, IL 62812** | **Vice Pres., Sec. and Director** | **51.40%** |

---

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
       commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
       of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 23, 2010**                     Signature    **/s/ Michael Kearney**
                                                              **Michael Kearney**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Ag Energy Resources, Inc.**            Case No. _____

                       Debtor(s)         Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $      **25,000.00** |
   | Prior to the filing of this statement I have received | $      **13,961.00** |
   | Balance Due | $      **11,039.00** |

2. The source of the compensation paid to me was:

   ■      Debtor         □      Other (specify):

3. The source of compensation to be paid to me is:

   □   Debtor      ■   Other (specify):    **Robert Kearney, father of Debtor's President has agreed to provide an additional retainer of $11,039 and has further agreed to guaranty any payment in excess of $25,000 in the event Debtor has insufficient funds to pay additional attorney's fees.**

4. ■      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 23, 2010**                    **/s/ Keith D. Price**
                                                 **Keith D. Price**
                                                 **Sandberg Phoenix**
                                                 **One City Centre, 15th Floor**
                                                 **St. Louis, MO 63101**
                                                 **314-231-3332  Fax: 314-241-7604**

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Ag Energy Resources, Inc.** _____,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Kearney**<br>**404 W Reed St**<br>**Benton, IL 62812** | | **49.6%** | **stock** |
| **Roberta Tabor-Kearney**<br>**404 W. Reed**<br>**Benton, IL 62812** | | **50.4%** | **stock** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **September 23, 2010** _____    Signature **/s/ Michael Kearney** _____

**Michael Kearney**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Illinois

In re **Ag Energy Resources, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11**    _____

### VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge and that it corresponds to the

creditors listed in our schedules.

Date:    **September 23, 2010** _____    **/s/ Michael Kearney** _____

**Michael Kearney**/
Signer/Title

Ace Hardware
11230 State Hwy 37 N
Benton, IL 62812


Ace USA
Dept CH 14089
Palatine, IL 60055-4089


AICCO, Inc.
Box 9045
New York, NY 10087


Airgas
PO Box 802615
Chicago, IL 60680-2615


Alvey Laboratories
1511 E Main St
Belleville, IL 62221


AmerenCIPS
2105 E State Rt 104
Pawnee, IL 62558


Antonik Law Offices
3405 Broadway
PO Box 594
Mount Vernon, IL 62864


Bearing Headquarters Co
#10 Fountain Place
Mount Vernon, IL 62864


Benji Odom
9945 Sam Pyle Bridge Rd
Benton, IL 62812


Benton Water Dept
500 W Main St
Benton, IL 62812


Brad Odom
11093 Moses Dr
Benton, IL 62812

Brubaker, Nathan
1384 N Log Cabin Lane
Ina, IL 62846


Bumper to Bumper
PO Box 7239
Paducah, KY 42002-7239


Bureau of Weights and Measures
801 E. Sangomonave Ave.
P.O. Box 19281
Springfield, IL 62702


Burkholder, David
12051 Cyril James Rd
Benton, IL 62812


Capitol Group
1404 Morgan Ave
Marion, IL 62959


Carpenters District Council
1419 Hampton Ave
Saint Louis, MO 63139


Carterville Dental Center
500 E Plaza Dr #1
Carterville, IL 62918


CCS Oil Field Construction, LLC
PO Box 456
Rt 34
Benton, IL 62812


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


Center Ethanol Company, LLC
231 Monsanto Ave
East Saint Louis, IL 62201


Christy Catalytics LLC
4641 McRee Ave
Saint Louis, MO 63110

Cima Electrical
PO Box 69
Benton, IL 62812


City of Benton
500 West Main Street
Benton, IL 62812


Clean Fuels Clearinghouse
5190 Neil Rd
Ste 430
Reno, NV 89502


Coy Brothers Trucking
R.R. #2
Dahlgren, IL 62828


Coyle Supply, Inc.
3721 Hwy 162
Granite City, IL 62040


Crown Paint Company
1801 W Sheridan
Oklahoma City, OK 73106


Emedco
PO Box 369
Buffalo, NY 14240


Eugene Stamme
616 E 5th St
Metropolis, IL 62960


Fastenal
PO Box 978
Winona, MN 55987


Fisher Scientific
13551
Collections Center Drive
Chicago, IL 60693


Flowers Truck Service
1222 N 14th St
Murphysboro, IL 62966

FMS INC
PO Box 707600
Tulsa, OK 74170-7600


Foxboro/Invensys Systems
14526 Collections Center Dr
Chicago, IL 60693


Freesen, Inc
PO Box 13420
Springfield, IL 62791


G.S. Robins & Co.
126 Chouteau Ave
Springfield, MO 65804


Gateway FS, Inc.
PO Box 100
2210 E Pine St
Red Bud, IL 62278-0100


Gesell's
P.O. Box 34
Whittington, IL 62897


GLG Consulting
2435 Falcon Ln
Belleville, IL 62221


Global Recovery
7805 Hudson Road
Suite 100
Woodbury, MN 55125


Gooding Rubber Company
Dept CH
19144
Palatine, IL 60055-9144


GRP
PO Box 4510
Evansville, IN 47724

Gusmer Enterprises, Inc.
1165 Globe Ave
Mountainside, NJ 07092


Hess Portable Toilets
PO Box 273
Cambria, IL 62915


ICC, Inc.
707 N 2nd St
Ste 520
Saint Louis, MO 63102


Illinois EPA
1021 N Grand Ave E
Springfield, IL 62794-9276


Illinois Income Tax
P.O. Box 19016
Springfield, IL 62794-9016


IMCO Utility Supply
PO Box 13140
Springfield, IL 62791


Internal Revenue Service
Cincinnati, OH 45999


Jayma McGovern
123 South 10th Street, Suite 601
Mount Vernon, IL 62864


Jim's Mobile Office
12882 Rt 37
PO Box 547
Marion, IL 62959


JM Science Inc
PO Box 250
355 Lang Blvd
Grand Island, NY 14072-0250

K-Tron
PO Box 888
Pitman, NJ 08071-0888


Kirby Risk
PO Box 664117
Indianapolis, IN 46266-4117


Klemm Tank Lines
PO Box 11708
Green Bay, WI 54307-1708


Lallemand Ethanol Technology
6120 W Douglas Ave
Milwaukee, WI 53278


Michael Kearney
404 West Reed Street
Benton, IL 62812


Midland Scientific Inc
4616 Kimmel Dr
Davenport, IA 52802


Midwest Laboratories
13611 B St
Omaha, NE 68144-3693


Midwest Waste
716 Skyline Dr
Marion, IL 62959


Motion Industries
PO Box 932
Mount Vernon, IL 62864


Neff Power
6516 Page Ave
Saint Louis, MO 63133


Newman Welding
327 N Commercial
Benton, IL 62812

People's National Bank
PO Box 887
Mount Vernon, IL 62864


PHT Inc.
PO Box 1356
Carbondale, IL 62903


Praxair
Distribution Dept CH 10660
Palatine, IL 60055-0660


Printers, Inc.
333 S Main
Benton, IL 62812


Rhode & Jackson, P.C.
1405 W Main
PO Box 99
Carbondale, IL 62901


Robert and Mary Bella Kearney
11540 Island Point Lane
Benton, IL 62812


Robert E. Bruce, C.P.A., Ltd.
2207 W Broadway
PO Box 1765
Mount Vernon, IL 62864


Robert Kearney
11540 Island Point Lane
Benton, IL 62812


Robert Page
PO Box 123
17158 Morgan St


Roberta Tabor-Kearney
PO Box 190
Benton, IL 62812


Roberta Tabor-Kearney
404 West Reed Street
Benton, IL 62812

Rock River Laboratory, Inc.
PO Box 169
Watertown, WI 53094


Rockford Mutual Insurance
PO Box 5626
Rockford, IL 61125-0626


Royal Brass & Hose
PO Box 51468
Knoxville, TN 37950-1468


Seasons at Rend Lake
PO Box 100
12575 Golf Course Rd
Whittington, IL 62897


Seedburo Equipment Company
2293 S Mt Prospect Rd
Des Plaines, IL 60018


SEMO Milling, LLC
PO Box 1869
Cape Girardeau, MO 63702


Southeastern Electric
PO Box 371
Eldorado, IL 62930


Southern Illinois Motor Xpress
PO Box 430
Ava, IL 62907


Structural Steel Services
12772 State Rt 13
Coulterville, IL 62237


Summers Crane
8939 Bennett Rd
Benton, IL 62812


Tabor Pest Services
1251 Route 14 West
Benton, IL 62812

Thomas Sturm
R.R. #5
Box 848
Mc Leansboro, IL 62859


Three B Electric
201 S Marshall St
Mc Leansboro, IL 62859


Tim Keller
300 N Monroe
Marion, IL 62959


True Value
1522 North Main Street
Benton, IL 62812


Tylex, Inc.
PO Box 8285
229 S Bonner


United Rentals
Location #A38
3237 Park Ave
Paducah, KY 42001


Vanden Berg Technologies
11400 W Front St
Mokena, IL 60448


Vortex Ventures
3433 North Sam Houston Parkway W
Suite 408
Houston, TX 77086


Weaver, Leonard
Prairie Hill Farm
14364 Webb Hill


West Cal Commodities
6 Corte Vizcaya
San Clemente, CA 92673

Wills Distributing
12306 State Hwy 37
Benton, IL 62812


Zimmerman Farms
16051 Log Cabin Rd
Ewing, IL 62836