# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                              In Proceedings
                                                                    Under Chapter 11
Ag Energy Resources Inc
                                                                    BK 10–41440–lkg

        Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):     Employer Tax ID Number (ETIN):

                                              20–3888175

## ORDER

This matter is before the Court *sua sponte*. The debtor(s) having failed to timely comply with an order, document #6, entered by the Court on September 24, 2010, IT IS ORDERED that the above−captioned case is DISMISSED. [1]

ENTERED: January 24, 2011                          /s/ Laura K. Grandy
                                                   UNITED STATES BANKRUPTCY JUDGE

_____

[1] The order advised the debtor(s) that failure to comply within the allotted time could result in the dismissal of this case.