IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| AG ENERGY RESOURCES, INC | ) | |
| | ) | Case No. 10-41440 |
| Debtors | ) | |

MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 11

Comes now Debtor Ag Energy Resources, Inc. (*"Debtor"*), by and through its attorneys, Sandberg Phoenix & von Gontard P.C., and for its Motion to Vacate Dismissal and Reinstate Chapter 11, states as follows:

1. The Court has entered an order dismissing this case subject to reinstatement because Debtor failed to file with this Court its plan of reorganization, due on January 21, 2011 (the "Plan").

2. For the past sixty days, Debtor's diligent efforts were focused on the potential sale of its business to a consortium of educational institutions. The proposed sale would have provided a 100% payment to creditors along with a distribution of equity to the equity holders which would have provided sufficient funds to pay additional capital into Kearney Fertilizer, Inc. and pay the creditors in full in that estate as well.

3. During the evening of January 18, 2011, however, the lead educational institution in the proposed transaction communicated that they would not be moving forward with the purchase of Debtor's business.

4. Thereafter, Debtor focused its efforts on pursuing other potential purchasers who previously expressed an interest in purchasing Debtor's business.

5. Debtor is currently pursuing the sale of its assets to three separate entities/persons as follows:

2778892\1

    a. On January 26, 2011, after reviewing financial information and other documentation provided by Debtor, a group from TetraVitae Bioscience, Inc., inspected Debtor's ethanol plant and has since advised Debtor that TetraVitae is interested in pursuing purchase of the ethanol plant. Debtor is currently working with TetraVitae to obtain a letter of intent and purchase agreement.

    b. On January 26, 2011, following transmission of financial information and documentation, Debtor and his counsel participated in a telephone conference with Roger Langille of Nicklan, Inc. regarding the purchase of Debtor's ethanol plant. Debtor has now received a confidentiality agreement from Langille and is providing additional information requested by Langille. Debtor will continue to pursue a sale of its assets to Langille or a new entity to serve as the purchaser;

    c. In early January, 2011, Linn Eastham of Eastham Energy/Eastham Forging inspected Debtor's ethanol plant. In addition, Debtor provided financial information and documentation for review. Debtor is following up with Eastham to determine if there is continued interest. Debtor has since separately filed a Motion to Extend Exclusivity for the purpose of pursuing the potential to sell Debtor's business.

6.    The failure to file the Plan was not an intentional act or attempt to delay the proceedings.

2778892\1

WHEREFORE, Debtor Ag Energy Resources, Inc. respectfully requests this Court grant its Motion to Vacate Dismissal and Reinstate the Chapter 11 case, and for all further relief right and proper in the premises.

Respectfully submitted,

SANDBERG PHOENIX & von GONTARD P.C

By:    /s/ Keith D. Price
Keith D. Price, #4099 Fed Bar
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332; 314-241-7604 (Fax)
kprice@sandbergphoenix.com
*Attorneys for Debtor Ag Energy Resources, Inc.*

## CERTIFICATE OF SERVICE

I, Keith D. Price, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Sabrina M. Petesch
Office of the United States Trustee
Becker Building, Room 1100
401 Main
Peoria, IL 61602
Sabrina.M.Petesch@USDOJ.gov
*Attorney for U.S. Trustee*

Brian Love
Hammond, Shinners, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
blove@hammondshinners.com
*Attorney for Carpenters District Counsel and Carpenters' Funds*

John L. Chullen
901 W. Washington St.
Benton, IL 62812
chullenlaw@frontier.com
*Member Unsecured Creditors Committee*

2778892\1

Charles Webster
500 West Main, POB 640
 Benton, IL 62812
 mrleadfoot@frontier.com
 *Member Unsecured Creditors Committee*

Kenneth D. Sentel
15022 State Highway 34 E.
PO Box 483
Benton, IL 62812
sales@ksbit.com
*Member Unsecured Creditors Committee*

James Bruner
United Contractors Midwest, Inc.
3151 Robbins Road
PO Box 13420
Springfield, IL 62791
*Attorney for Freesen, a Division of*
*United Contractors Midwest, Inc.*

Cherie MacDonald
Greensfelder Hemker & Gale, PC
12 Wolf Creek Drive, Ste. 100
Belleville , IL  62226
ckm@greensfelder.com
*Attorney for People's National Bank*

THIS 3rd day of February, 2011.

              */s/KeithD.Price*_____
              Keith D. Price

2778892\1