IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| AG ENERGY RESOURCES, INC | ) | |
| | ) | Case No. 10-41440 |
| Debtors | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PLAN OF REORGANIZATION**

COMES NOW Ag Energy Resources, Inc. ("Debtor"), by and through its counsel, and requests an extension of to file a Plan of Reorganization in this case. In support of this Motion, Debtor states as follows:

1. Debtor filed this case on September 23, 2010.

2. The Court initially established January 21, 2011, as the original deadline for filing a Plan of Reorganization.

3. During the 60 days preceding the original deadline for filing the Plan of Reorganization, Debtor was working on the sale of its ethanol plant to a consortium of educational institutions for a price that would have paid all creditors in full and would have provided a distribution of equity sufficient for the equity holders to fund the payment of creditors in the bankruptcy estate of Kearney Fertilizer, Inc.

4. On the evening of January 18, 2011, Debtor was advised by the lead educational institution that its Board had declined to approve the transaction.

5. Consequently, Debtor then refocused its energy on contacting other interested parties resulting in the following:

   a. Debtor is currently discussing the sale of its assets to TetraVitae Bioscience, Inc. On January 26, 2011, after reviewing financial information and other documentation provided by Debtor, a group from

2788482\1

        TetraVitae inspected Debtor's ethanol plant and has since advised Debtor that TetraVitae is interested in pursuing purchase of the ethanol plant. TetraVitae has completed a successful demonstration of its process to produce renewable butanol in a corn mill pilot plant. Consequently, TetraVitae is now seeking the facility in which to produce butanol and has determined that Debtor's plant is compatible. Debtor is currently working with TetraVitae to obtain a letter of intent and purchase agreement. Attached hereto as **Exhibit "1"** is a copy of a letter from TetraVitae expressing interest to pursue the purchase of Debtor's assets.

b.    Debtor transmitted basic financial information and documentation to Roger Langille of Nicklan, Inc. regarding the purchase of Debtor's ethanol plant. Subsequently, on January 26, 2011, Debtor and his counsel participated in a telephone conference with Mr. Langille regarding purchase of the plant. On January 28, 2011, Debtor received a confidentiality agreement from Langille and is currently providing additional information as requested. Additionally, Langille requested contact information for the secured creditors and creditors' committee so he may discuss the potential purchase of the assets. Debtor has provided this contact information to Mr. Langille and continues to pursue the sale of its assets to Langille or a new entity to serve as the purchaser.

c.    In early January, 2011, Linn Eastham of Eastham Energy/Eastham Forging inspected Debtor's ethanol plant. In addition, Debtor provided

financial information and documentation for review.  Debtor is following up with Eastham to determine if there is continued interest.

6. The extension requested in this Motion will not prejudice the legitimate interest of any parties in this Chapter 11 case as, prior to the filing of the Chapter 11 Bankruptcy Petition, the major secured creditor, People's National Bank, obtained an appraisal estimating the value of the ethanol plant and related assets at $13,000,000.  Consequently, this Court could reasonably determine that upon sale of the assets, the secured creditors will be paid in full, including interest which continues to accrue.

7. Consequently, Debtor requests this Court extend the time to file a Plan and Disclosure Statement for an additional 60 days through and including March 22, 2011.

WHEREFORE, Debtor respectfully requests this Court enter an Order authorizing the extension of the deadline for filing a Plan and Disclosure Statement through and including March 22, 2011, and granting such other and further relief as this Court deems just and proper.

SANDBERG PHOENIX & von GONTARD P.C

By: ___/s/ Keith D. Price_____
Keith D. Price, #4099 Fed Bar
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
kprice@sandbergphoenix.com
***Attorneys for Debtor Ag Energy Resources, Inc.***

2788482\1                                           3

## CERTIFICATE OF SERVICE

I, Keith D. Price, do hereby certify that I have caused to be served this date, via electronic filing transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Sabrina M. Petesch
Office of the United States Trustee
Becker Building, Room 1100
401 Main
Peoria, IL 61602
Sabrina.M.Petesch@USDOJ.gov
***Attorney for U.S. Trustee***

Brian Love
Hammond, Shinners, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
blove@hammondshinners.com
***Attorney for Carpenters District Counsel and Carpenters' Funds***

John L. Chullen
901 W. Washington St.
Benton, IL 62812
chullenlaw@frontier.com
***Member Unsecured Creditors Committee***

Charles Webster
500 West Main, POB 640
Benton, IL 62812
mrleadfoot@frontier.com
***Member Unsecured Creditors Committee***

Kenneth D. Sentel
15022 State Highway 34 E.
PO Box 483
Benton, IL 62812
sales@ksbit.com
***Member Unsecured Creditors Committee***

James Bruner
United Contractors Midwest, Inc.
3151 Robbins Road
PO Box 13420
Springfield, IL 62791
***Attorney for Freesen, a Division of
United Contractors Midwest, Inc.***

Cherie MacDonald
Greensfelder Hemker & Gale, PC
12 Wolf Creek Drive, Ste. 100
Belleville , IL  62226
ckm@greensfelder.com
***Attorney for People's National Bank***

THIS 3rd day of February, 2011.

                                                             */s/KeithD.Price*
                                                             Keith D. Price