IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AG ENERGY RESOURCES INC

vs

PEOPLES NATIONAL BANK N.A.

CASE NO 10-41440
CHAPTER: 11

DATE: February 16, 2011
PLACE: Benton

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

| | | |
|---|---|---|
| **COUNSEL FOR PLAINTIFF**: | Keith Price | Appears |
| | Courtney Cox | Appears |
| **COUNSEL FOR DEFENDANT**: | Cherie Macdonald | Appears |

PROCEEDINGS:  1) Motion to Vacate Dismissal and Reinstate Chapter 11 with Objection
2) Motion for Extension of Time to File Plan of Reorganization with Objection

MINUTES OF COURT:

Case is called for hearing on the Motion to Vacate Dismissal and Reinstate Chapter 11 and Motion for Extension of Time to File Plan of Reorganization filed by the debtor and on the Objections filed by Peoples National Bank, N.A.. The Motion to Vacate Dismissal and Reinstate Chapter 11 and the Motion to Extend Time are Granted. Debtor is granted 60 days to file the Chapter 11 Plan. Debtor is also directed to timely file the Monthly Operating Reports and the Application to Employ Broker. Failure by the debtor(s) to file the Chapter 11 Plan within 60 days will result in the dismissal of this case without further hearing or notice.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**